1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) CR. No. S-11-319 LKK
12           Plaintiff,              )
                                    )
13      v.                           ) STIPULATION AND ORDER
                                    ) CONTINUING STATUS CONFERENCE
14 NESTOR URIETA-MALDONADO,         ) AND EXCLUDING TIME
    aka Nestor Urieta,              )
15                                  )
             Defendant.              )
16                                  )
                                    )
17 _____ )

18      The parties request that the status conference in this case
19 previously set for September 20, 2011, be continued to October 4,
20 2011 at 9:15 a.m.  They stipulate that the time between September
21 20, 2011, and October 4, 2011 should be excluded from the
22 calculation of time under the Speedy Trial Act.  The defendant
23 needs additional time to review the plea agreement and the
24 guidelines calculations with counsel.  The parties stipulate that
25 the ends of justice are served by granting the continuance so
26 that counsel may have reasonable time necessary for effective
27 preparation, taking into account the exercise of due diligence.
28 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree

                                1

1 | that the interests of justice served by granting this continuance
2 | outweigh the best interests of the public and the defendant in a
3 | speedy trial.  18 U.S.C. §(7)(B)(iv).
4 | Dated:   September 21, 2011              Respectfully submitted,
5 |                                          BENJAMIN B. WAGNER
  |                                          United States Attorney
6 |
7 |                                          */s/ Michele Beckwith*
  |                                      By: Michele Beckwith
8 |                                          Assistant U.S. Attorney
9 | Dated: September 21, 2011
10|                                          */s/*
  |                                          OLAF HEDBERG
11|                                          Attorney for Defendant
12|
13| ////
14|
15| ////
16|
17| ////
18|
19| ////
20|
21| ///
22|
23| ////
24|
25| ////
26|
27| ////
28|

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for September 27, 2011, be continued to October 4, 2011, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from September 20, 2011, to and including, the October 4, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT