UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

October 4, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFQRNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00319-01 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| NESTOR URIETA-MALDONADO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NESTOR URIETA MALDONADO , Case No.

 2:11CR00319-01  , Charge   18 USC 1326 - Deported Alien Found in the United States  , from

custody for the following reasons:

_\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $\_\_

    \_\_   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔   (Other)   Time Served.

Issued at  Sacramento, CA  on  October 4, 2011   at  10:10 am  .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal